UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANDREW MARTIN,

    Plaintiff,                                Case No. 3:21-cv-123

vs.

AARGON AGENCY, INC., *et al.*,         District Judge Michael J. Newman
                                                          Magistrate Judge Peter B. Silvain, Jr.

    Defendants.

_____

**ORDER: (1) CONDITIONALLY DISMISSING THIS CASE WITH PREJUDICE AND (2) TERMINATING THIS CASE ON THE COURT'S DOCKET**
_____

The Court, having been advised that the above-captioned matter has been settled, **IT IS ORDERED** that this action is hereby **DISMISSED**, with prejudice as to all parties, provided that any of the parties may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

Date:  July 12, 2021                                    s/ Michael J. Newman
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge